IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03320-MSK-BNB

VERONICA HART-TAYLOR,

Plaintiff,

v.

ACE CASH EXPRESS, INC.,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Vacate Scheduling Conference** [docket no. 15, filed February 27, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for March 7, 2014, is **vacated and reset to April 3, 2014, at 2:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **March 27, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).


DATED: February 27, 2014